UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KELLY BENDER,

    Plaintiff,

v.

NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 3:17-CV-05920-DWC

ORDER DIRECTING PLAINTIFF TO PROVIDE SUPPORTING DOCUMENTATION FOR A MOTION FOR ATTORNEY'S FEES

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule MJR 13, the parties have consented to have this matter heard by the undersigned Magistrate Judge. *See* Dkt. 4. This matter is before the Court on Plaintiff's "Stipulation to EAJA Fees and Costs" ("Motion"). Dkt. 19.

An application for attorney's fees under the Equal Access to Justice Act ("EAJA") must include "an itemized statement from any attorney . . . stating the actual time expended and the rate at which fees and other expenses were computed." 28 U.S.C. § 2412(d)(1)(B). The application must also include an affidavit reflecting Plaintiff's net worth did not exceed

$2,000,000.00 at the time the civil action was filed. *See* 28 U.S.C. § 2412(d)(2)(B). Finally, because the EAJA awards attorney's fees to "the prevailing party," an application for fees payable directly to a plaintiff's attorney must include an assignment of the EAJA fee award from the plaintiff to his or her attorney. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010).

For the present Motion, Plaintiff did not submit to the Court: 1) an itemized billing statement stating the actual time expended and the rate at which fees and other expenses were computed; 2) an affidavit reflecting Plaintiff's net worth did not exceed $2,000,000.00 at the time the civil action was filed; or 3) a copy of a fee agreement or other assignment of Plaintiff's interest in the attorney's fee award to her attorney.

Plaintiff is hereby ordered to provide to the Court: 1) an itemized billing statement stating the actual time expended and the rate at which fees and other expenses were computed; 2) an affidavit or declaration reflecting Plaintiff's net worth did not exceed $2,000,000.00 at the time the civil action was filed; and 3) a copy of a fee agreement, an affidavit, a declaration, or other assignment of Plaintiff's interest in the attorney's fee award to his attorney by August 1, 2018.

Dated this 18th day of July, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO PROVIDE
SUPPORTING DOCUMENTATION FOR A
MOTION FOR ATTORNEY'S FEES-2