1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9

10   KELLY BENDER,

11                         Plaintiff,            CASE NO. 3:17-CV-05920-DWC

12        v.                                     ORDER ON MOTION FOR
                                                 ATTORNEY FEES, EXPENSES
13   NANCY A BERRYHILL, Deputy                   AND COSTS PURSUANT TO THE
     Commissioner of Social Security for         EQUAL ACCESS TO JUSTICE
14   Operations,                                 ACT, 28 U.S.C. §§ 2412 (d), 1920

15                         Defendant.

16
         This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local
17
     Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate
18
     Judge, Dkt. 4. This matter is before the Court on "Plaintiff's Stipulation to Attorney Fees and
19
     Costs." Dkt. 19.
20
         Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's
21
     motion and supporting documentation (Dkts. 19, 21, 22, 23), and the relevant record, the Court
22
     orders EAJA attorney's fees of $7,025.40, expenses in the amount of $6.39, and costs, pursuant
23

24
     ORDER ON MOTION FOR ATTORNEY FEES,
     EXPENSES AND COSTS PURSUANT TO THE
     EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§
     2412 (D), 1920 - 1

to 28 U.S.C. § 1920, in the amount of $418.00 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Teal M. Parham, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Teal M. Parham, 910 12th Avenue – P.O. Box 757, Longview, WA 98632.

Dated this 20th day of July, 2018.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR ATTORNEY FEES,
EXPENSES AND COSTS PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§
2412 (D), 1920 - 2